## Wilbur F. Nowell, Appellant, v. Chicago Transit Authority, Appellee.

### Gen. No. 46,177.

Joseph Barbera, for appellant; Thomas C. Strachan, Jr., James O. Dwight, Geoffrey B. Fleming, and George C. Bunge, for appellee; Arthur J. Donovan, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 8, 1954; released for publication June 29, 1954.